# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1385

_____

D'ANGELO LAVELLE DIXON,

Appellant,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections, et al.,

Appellees.

_____

On appeal from the Circuit Court for Jackson County.
Ana M. Garcia, Judge.

November 17, 2025

PER CURIAM.

AFFIRMED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

D'Angelo Lavelle Dixon, pro se, Appellant.

No appearance for Appellees.